JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

ERIN HIGHLAND, GA Bar. No. 153550
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2495
E-Mail: erin.highland@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY SAKAC, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:22-cv-01712-VCF <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER** <br><br> **FIRST REQUEST** |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 30-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are currently due to be filed by December 16, 2022. This is the Commissioner's first request for an extension of time.

Defendant submits that good cause exists for this extension request. Defendant and Plaintiff need additional time to determine whether a settlement can be reached in this case in lieu of briefing.

Unopposed Mot. for Ext
Case No. [2:22-cv-01712-VCF]

On December 15, 2022, the undersigned conferred with Plaintiff's attorney via e-mail and Mr. Kalagian responded that he did not oppose the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including January 17, 2023.

.

Dated:  December 15, 2022

JASON M. FRIERSON
United States Attorney

*/s/ Erin Highland*
ERIN HIGHLAND
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED:  12-16-2022

Unopposed Mot. for Ext
Case No. [2:22-cv-01712-VCF]

## CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER** on the following parties by:

**CM/ECF:**

Marc Kalagian
marc.kalagian@rksslaw.com
Attorney for Plaintiff

Leonard Stone
lstone@shookandstone.com
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2022

                                        */s/ Erin Highland*
                                        ERIN HIGHLAND
                                        Special Assistant United States Attorney